IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RODNEY G. SHEPARD,<br><br>                Plaintiff<br><br>     VS.<br><br>IRA EDWARDS, *et al.*,<br><br>                Defendants | NO.  3:06-CV-23 (CAR)<br><br>PROCEEDINGS UNDER 42 U.S.C. §1983<br>BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER AND RECOMMENDATION

Before the court is the plaintiff's MOTION TO ADD DEFENDANTS in the above-styled case (Tab #20) and the defendants' response to the that motion (Tab #22).  The plaintiff seeks to reintroduce The University of Georgia and the University of Georgia Police Department as defendants after the undersigned recommended they be dismissed on March 17, 2006. Tab #5. The district court judge has not ruled on the recommendation, however, and therefore the two parties the plaintiff seeks to reintroduce are still defendants in the case.  His MOTION TO ADD DEFENDANTS (Tab #20) is therefore **DENIED** as moot.

Treating the plaintiff's MOTION TO ADD DEFENDANTS as an amendment to his complaint, the undersigned still finds that suits against The University of Georgia and its Police Department are not appropriate for the same reasons as put forth in the March 17th Recommendation.  It is therefore again RECOMMENDED that claims against both The University of Georgia and the University of Georgia Police Department be DISMISSED.   Pursuant to 28 U.S.C. §636(b)(1), the parties may serve and file written objections to this RECOMMENDATION with the district judge to whom this case is assigned **WITHIN TEN (10) DAYS** after being served with a copy thereof.

SO ORDERED AND RECOMMENDED this 3rd day of AUGUST, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE