IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RODNEY G. SHEPARD, * | |
| Plaintiff * | |
| vs. * | CASE NO. 3:06-CV-23 (CDL) |
| OFFICER CHAVEZ, *et al.* * | |
| Defendants * | |
| Defendant * | |

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on May 8, 2007, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 4th day of June, 2007.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE